IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GEORGE T. BRONK,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-832-wmc

JUDGE THOMAS S. UTSCHIG,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for failure to state a claim upon which relief may be granted.

_Peter Oppeneer_      12/18/12
Peter Oppeneer, Clerk of Court      Date